**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**Jesus Enrique Lopez Gonzalez**

v. Case No. 26-cv-631-PB-TSM

**David Wesling, Acting Field Office Director,**
**U.S. Immigration and Customs Enforcement, et al.**

# ORDER

After the government notified the Court that Jesus Enrique Lopez Gonzalez received the bond hearing he sought on August 18, 2026, see Doc. 10, I ordered Lopez Gonzalez to show cause within seven days why his petition should not be dismissed. Doc. 11. Lopez Gonzalez has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

Date: September 1, 2026

cc: Counsel of Record